**COURT MINUTES**

U.S. MAGISTRATE JUDGE <u>EDWIN G. TORRES</u> - COURTROOM No. <u>4</u>

DATE: 11/20/08   TIME: 10:00 A.M.   PAGE: 13

DEFT: <u>KENNETH CHATMAN (J)</u>   CASE NO: <u>08-3476-WHITE</u>

AUSA: _____   ATTY: *Michael Gelety*

AGENT: _____   VIOL: <u>CREDIT CARD FRAUD</u>

PROCEEDING: _____   RECOMMENDED BOND: _____

BOND/PTD CONTESTED HRG HELD - yes / no   CJA APP'T: _____

BOND SET @: _____

To be cosigned by:
INTERPRETER: _____

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: _____
- ☐ Home Confinement: Electronic Monitoring and/or Curfew ___, paid by _____
- ☐ Other _____

Disposition: *NOTE: THIS CASE WAS ADDED ON CALENDAR*

Defendant not present:  Michael Gelety appeared to file Permanent Appearance for defendant.  The Court accepted and CJA Charles White is discharged.  The Court accepts the STIPULATED Bond of $250,000 personal surety cosigned by wife.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

REPORT RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE

TAPE No. 08-EGT <u>16</u>   Begin: 3525/17-1   TIME IN COURT: 4